# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**TED WATKINS**,

        **PLAINTIFF**,

v.

**TODD'S EXPRESS INC**,

        **DEFENDANT**.

CASE NO. 2:21-cv-02683-SDM-KAJ

JUDGE SARAH MORRISON

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all parties who have appeared in this action stipulate to dismiss all claims with prejudice. The parties also stipulate that they will bear their own costs, expenses, and attorneys' fees for this action. Finally, the parties stipulate that the Court shall retain jurisdiction to enforce the terms of any settlement agreement.

Respectfully submitted,

By: /s/ Kevin R. Kelleher
Jason E. Starling (Ohio Bar No. 0082619) (Trial Attorney)
Kevin R. Kelleher (Ohio Bar No. 0099167)
WILLIS SPANGLER STARLING
4635 Trueman Boulevard, Suite 100
Hilliard, Ohio 43026
Telephone: (614) 586-7915
Facsimile: (614) 586-7901
jstarling@willisattorneys.com
kkelleher@willisattorneys.com

*Attorneys for Plaintiff Ted Watkins*

By: /s/ Kyle W. Bickford (with written permission)
Erik A. Schramm, Sr. (Ohio Bar No. 0071690) (Trial Attorney)
Kyle W. Bickford (Ohio Bar No. 0086520)

        Erik A. Schramm, Jr. (Ohio Bar No. 0089718)
        HANLON, MCCORMICK SCHRAMM, BICKFORD & SCHRAMM CO., LPA
        46457 National Road West
        Saint Clairsville, OH 43950
        Telephone: (740) 695-1444
        Facsimile: (740) 695-1563
        easchramm@ohiovalleylaw.com
        kbickford@ohiovalleylaw.com
        schrammjr@ohiovalleylaw.com

*Attorneys for Defendant Todd's Express Inc*

## **CERTIFICATE OF SERVICE**

  I certify that, on November 2, 2021, I filed this document and any attachments with the Clerk of Courts via its electronic filing system, which will provide notice and a copy of the filing to the following:

Erik A. Schramm, Sr.
Kyle W. Bickford
Erik A. Schramm, Jr.
HANLON, MCCORMICK SCHRAMM, BICKFORD & SCHRAMM CO., LPA
46457 National Road West
Saint Clairsville, OH 43950
Telephone: (740) 695-1444
Facsimile: (740) 695-1563
easchramm@ohiovalleylaw.com
kbickford@ohiovalleylaw.com
eschrammjr@ohiovalleylaw.com

*Attorneys for Defendant Todd's Express Inc*

        By: /s/ Kevin R. Kelleher
        Kevin R. Kelleher (Ohio Bar No. 0099167)